# Court of Appeals
# of the State of Georgia

ATLANTA,  August 01, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1722. ADEOLA ADENIRAN v. DALE JONES et al.

In this negligence action, plaintiff Adeola Adeniran appeals the $1,042.00 jury verdict in her favor, the trial court's final judgment in her favor in that amount, and the court's order denying her motion for new trial. We, however, lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000.00 or less must be brought by discretionary application. OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Adeniran's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/01/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*